1060

[Nos. 49774-0-I; 50378-2-I. Division One. October 6, 2003.]

*In the Matter of the Marriage of* DEBORAH ERICSON,
*Appellant*, and MERLE REEDER, *Respondent*.

Appeals from judgments of the Superior Court for King
County, No. 94-3-00733-9, James A. Doerty, J., entered
October 23, 2001, March 29, April 8, and May 9, 2002.
*Affirmed in part, reversed in part*, and *remanded* by unpub-
lished opinion per Becker, C.J., concurred in by Kennedy
and Agid, JJ.

[No. 50260-3-I. Division One. October 6, 2003.]

TERRY L. KERTIS, *Appellant*, v. ROBERT D. BUTLER, ET AL.,
*Defendants*, OIL, CHEMICAL AND ATOMIC WORKERS
UNION, LOCAL 1-591, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 98-2-00595-8, John M. Meyer, J., entered
August 30, 1999. *Affirmed* by unpublished opinion per
Appelwick, J., concurred in by Coleman and Grosse, JJ.

[No. 50362-6-I. Division One. October 6, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK JOHN B.
BAGLEY II, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-8-04059-8, Laura C. Inveen, J., entered
March 20, 2002. *Remanded* by unpublished per curiam
opinion.

[No. 50444-4-I. Division One. October 6, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WANDA MOATS,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-02338-2, Charles W. Mertel, J., entered
March 19, 2002. *Affirmed* by unpublished per curiam opin-
ion.